**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

US Bancorp, et al.

Plaintiffs,

Civil 01-1975 PAM

v.

**ORDER OF DISMISSAL**

Porter Bancorp Inc., et al.

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 10, 2002

**JUDGE PAUL A. MAGNUSON**
**United States District Court**

APR 10 20..
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK