IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| U.S. BANCORP,<br>U.S. BANK NATIONAL ASSOCIATION,<br>U.S. BANK TRUST NATIONAL ASSOCIATION, and<br>U.S. BANCORP LICENSING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PORTER BANCORP, INC.,<br>USACCESS BANK, INC., and<br>USACCESS HOLDINGS, INC.,<br><br>Defendants. | Court File No. 01-1975 PAM/SRN<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiffs U.S. Bancorp, U.S. Bank National Association, U.S. Bank Trust National Association, and U.S. Bancorp Licensing, Inc. (hereinafter, "U.S. Bank" or "Plaintiffs") filed their Complaint on October 29, 2001 against Porter Bancorp, Inc., USAccess Bank, Inc., and USAccess Holdings, Inc. (hereinafter, "Porter" or "Defendants"). The Complaint asserted various claims relating to Plaintiffs' service marks U S BANK®, US BANCORP®, US BANK & Design®, and US®, Defendants' alleged unauthorized use of the mark and designation USACCESS BANK, and Defendants' alleged breach of their agreement to cease using the USACCESS BANK name and mark, in violation of the federal Lanham Act, 15 U.S.C. § 1051, et seq., the Minnesota anti-dilution statute, Minn. Stat. § 333.285, the Minnesota Deceptive Trade Practices Act, Minn. Stat. § 325D.43 – 325D.48, and the common law of the State of Minnesota. Defendants were properly served with the Summons and Complaint on or about November 5, 2001.



FILED APR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 15 2002
DEPUTY CLERK

Defendants answered U.S. Bank's Complaint on November 29, 2001, denying the principal allegations in the Complaint and seeking cancellation of Plaintiffs' Reg. Nos. 1,481,868, 2,247,138, and 2,247,139. Having now had an opportunity to carefully consider the merits of Plaintiff's claims, and having consulted with counsel, Defendants now stipulate and consent to this Consent Judgment and Permanent Injunction, to its prompt entry by the Court, and to each and every provision, order, and decree herein.

NOW THEREFORE, upon consent of the parties hereto, IT IS ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of the claims asserted in the Complaint under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367. The claims alleged in the Complaint arise under the Lanham Act, 15 U.S.C. §§ 1051, et seq., the Minnesota Anti-Dilution Statute, Minn. Stat. Ann § 333.285 (1998), the Minnesota Uniform Deceptive Trade Practices Act, Minn. Stat. §§ 325D.43-325D.48, and the common law of the state of Minnesota. Venue is proper in this District under 28 U.S.C. § 1391.

2. Plaintiffs' service mark U S BANK® (block letter), registered with the United States Patent and Trademark Office as Reg. No. 1,481,868 (a copy of which is attached hereto as Exhibit A), including all amendments thereto, is valid, subsisting, and enforceable.

3. Plaintiffs' Reg. No. 1,481,868 is incontestable pursuant to 15 U.S.C. § 1065.

4. Plaintiffs' service mark US BANCORP® (block letter), registered with the United States Patent and Trademark Office as Reg. No. 2,268,290 (a copy of which is attached hereto as Exhibit B), is valid, subsisting, and enforceable.

5. Plaintiffs' service mark US BANK & Design® (Red & Blue), registered with the United States Patent and Trademark Office as Reg. No. 2,247,138 (a copy of which is attached hereto as Exhibit C), is valid, subsisting, and enforceable.

6. Plaintiffs' service mark US BANK & Design® (Black & White), registered with the United States Patent and Trademark Office as Reg. No. 2,247,139 (a copy of which is attached hereto as Exhibit D), is valid, subsisting, and enforceable.

7. Plaintiffs' service mark US® (block letter), registered with the United States Patent and Trademark Office as Reg. No. 2,268,771 (a copy of which is attached hereto as Exhibit E), is valid, subsisting, and enforceable.

8. Defendants, and their officers, directors, agents, servants, employees, attorneys, licensees, and all others in active concert or participation with them, after six months from the Effective Date of the Settlement Agreement between the parties which was negotiated and executed contemporaneously herewith (the "Settlement Agreement"), are permanently enjoined from using, adopting, acquiring, maintaining, or registering the designations USACCESS, USACCESS BANK, USACCESS HOLDINGS, USACCESS BANCORP, or any confusingly similar designation, including without limitation designations containing the lettering strings "US", "U S", "U_S", "U-S", or "U.S.", whether alone or as a prefix in combination with other words, letters, numerals, punctuation, designs, or other symbols, or in any designation containing the words "bank" or "bancorp", as a trademark, service mark, fictitious name, collective mark, certification mark, company name, commercial designation, telephone number, internet domain name, trade name, or otherwise. Notwithstanding the foregoing, nothing in this consent judgment or the Settlement Agreement prevents Defendants from using words that happen to have the letters "U" and "S" in series but which are not pronounced like the

abbreviation for "United States" such as the following examples: "Use Ascencia Bank for all your banking needs" or "Banking online with Ascencia is a Must." Under no circumstances, however, may Defendants make any use of any designation consisting of or containing the lettering strings "USBANK" or "USBANCORP".

9. Notwithstanding the limitations set forth in paragraph 8 above, Defendants may continue to use the Internet domain name USACCESSBANK.COM to link to an active website through one year from the Effective Date of the Settlement Agreement between the parties. Following one year from the Effective Date of the Settlement Agreement, Defendants are permanently enjoined from using the domain name USACCESSBANK.COM (or any other domain names prohibited in paragraph 8) to link to an active website. Defendants may, however, continue to maintain, at their sole expense, the domain name registration for USACCESSBANK.COM.

10. No later than six months and fifteen days after the Effective Date of the Settlement Agreement, Defendants shall serve on counsel for U.S. Bank a signed declaration in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the terms of this Consent Judgment and Permanent Injunction.

11. No later than one year and fifteen days after the Effective Date of the Settlement Agreement, Defendants shall serve on counsel for U.S. Bank a signed declaration in writing, under oath, attesting to Defendants' compliance with the terms of paragraph 9 of this Consent Judgment and Permanent Injunction.

12. Each party shall pay its own attorneys' fees and costs.

13. This Court retains jurisdiction over this Consent Judgment and Permanent Injunction and any applications with regard to enforcement of it shall be directed to this Court.

Applications to enforce this Consent Judgment and Permanent Injunction are subject to the terms of the parties' Settlement Agreement.

14. Judgment is hereby entered in favor of U.S. Bank on all counts of the Complaint. Each of Defendants' counterclaims is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 15, 2002

The Honorable Paul A. Magnuson
United States District Judge

CONSENT TO ENTRY

The parties hereby consent to the terms and conditions of this Consent Judgment and Permanent Injunction as set forth herein and consent to entry thereof.

Dated: April 12, 2002

FISH & RICHARDSON P.C., P.A.

By: ______________________

Stephen R. Baird (#214024)
Michael J. Kane (#247625)
Michael L. Gannon (#285547)
Greg A. McAllister (#295759)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

**ATTORNEYS FOR PLAINTIFFS**

MERCHANT & GOULD P.C.

Dated: April 11, 2002

By: ______________________

Daniel W. McDonald (#168,580)
Scott W. Johnston, (#247,558)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300

**ATTORNEYS FOR DEFENDANTS**

Ex. A

Int. Cl.: 36

Prior U.S. Cl.: 102

United States Patent and Trademark Office

Amended

Reg. No. 1,481,868
Registered Mar. 22, 1988
OG Date Aug. 5, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

### U S BANK

UNITED STATES NATIONAL BANK OF OREGON (UNITED STATES BANKING ASSOCIATION),
P.O. BOX 2200
111 SOUTHWEST FIFTH AVENUE
PORTLAND, OR 972082200

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO THE WORDS "U S BANK".

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CL. 102).

FIRST USE 12-31-1978; IN COMMERCE 12-31-1978.

SER. NO. 73-633,225, FILED 12-1-1986.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 5, 1997.*

Bruce Lehman

COMMISSIONER OF PATENTS AND TRADEMARKS

Ex. B

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102** — **Reg. No. 2,268,290**

**United States Patent and Trademark Office** — **Registered Aug. 10, 1999**

**Corrected** — **OG Date Apr. 24, 2001**

## SERVICE MARK
## PRINCIPAL REGISTER

## US BANCORP

U.S. BANCORP (DELAWARE CORPORATION)
601 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 554024302

OWNER OF U.S. REG. NO. 1,481,868.

SEC. 2(F) AS TO "US".

FOR: BANKING, TRUST, MORTGAGE, INSURANCE, INVESTMENT, AND OTHER FINANCIAL SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1969; IN COMMERCE 1-31-1969.

SER. NO. 75-368,083, FILED 10-3-1997.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 24, 2001.*

Nicholas P. Godici

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Ex. C

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,247,138**

**Registered May 25, 1999**

## United States Patent and Trademark Office

### SERVICE MARK
### PRINCIPAL REGISTER

usbank

FIRST BANK SYSTEM, INC. (DELAWARE CORPORATION)
601 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 554024302

FOR: BANKING SERVICES, ESTATE TRUST ADMINISTRATION AND MANAGEMENT SERVICES, TRUSTEESHIP REPRESENTATIVE SERVICES, INSTITUTIONAL, CORPORATE, AND PERSONAL TRUSTEE SERVICES, TRUSTEE SERVICES RELATING TO BOND INDENTURES OR OTHER DEBT OBLIGATIONS, ASSET CUSTODY SERVICES, EMPLOYER AND INDIVIDUAL RETIREMENT PLAN TRUSTEE SERVICES, TRANSFER AGENT SERVICES, PAYING AGENT SERVICES, ESCROW AGENT SERVICES, MORTGAGE LENDING SERVICES, LIFE INSURANCE UNDERWRITING, BROKERAGE, AND AGENCY SERVICES, INVESTMENT ADVISORY AND CONSULTATION SERVICES, FINANCIAL PORTFOLIO MANAGEMENT SERVICES, INVESTMENT MANAGEMENT SERVICES, INVESTMENT OF FUNDS FOR OTHERS, AND CREDIT CARD SERVICES , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-30-1998; IN COMMERCE 3-30-1998.

OWNER OF U.S. REG. NO. 1,481,868 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLORS RED AND BLUE.

SEC. 2(F) AS TO "US".

SER. NO. 75-324,897, FILED 7-15-1997.

CRAIG D. TAYLOR, EXAMINING ATTORNEY

Ex. D

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,247,139

United States Patent and Trademark Office Registered May 25, 1999

## SERVICE MARK
## PRINCIPAL REGISTER

us bank

FIRST BANK SYSTEM, INC. (DELAWARE CORPORATION)
601 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 554024302

FOR: BANKING SERVICES, ESTATE TRUST ADMINISTRATION AND MANAGEMENT SERVICES, TRUSTEESHIP REPRESENTATIVE SERVICES, INSTITUTIONAL, CORPORATE, AND PERSONAL TRUSTEE SERVICES, TRUSTEE SERVICES RELATING TO BOND INDENTURES OR OTHER DEBT OBLIGATIONS, ASSET CUSTODY SERVICES, EMPLOYER AND INDIVIDUAL RETIREMENT PLAN TRUSTEE SERVICES, TRANSFER AGENT SERVICES, PAYING AGENT SERVICES, ESCROW AGENT SERVICES, MORTGAGE LENDING SERVICES, LIFE INSURANCE UNDERWRITING, BROKERAGE, AND AGENCY SERVICES, INVESTMENT ADVISORY AND CONSULTATION SERVICES, FINANCIAL PORTFOLIO MANAGEMENT SERVICES, INVESTMENT MANAGEMENT SERVICES, INVESTMENT OF FUNDS FOR OTHERS, AND CREDIT CARD SERVICES , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-30-1998; IN COMMERCE 3-30-1998.

OWNER OF U.S. REG. NO. 1,481,868 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "US".

SER. NO. 75-324,898, FILED 7-15-1997.

CRAIG D. TAYLOR, EXAMINING ATTORNEY

Ex. E

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,268,771

# United States Patent and Trademark Office

Registered Aug. 10, 1999

## SERVICE MARK
## PRINCIPAL REGISTER

## US

U.S. BANCORP (DELAWARE CORPORATION)
601 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 554024302

FOR: BANKING AND RELATED FINANCIAL SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1964; IN COMMERCE 1-1-1964.

OWNER OF U.S. REG. NOS. 1,303,090, 2,056,343 AND OTHERS.

SEC. 2(F).

SER. NO. 75-481,116, FILED 5-7-1998.

CRAIG D. TAYLOR, EXAMINING ATTORNEY